UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| Hannam Chain USA, Inc., <br><br>　　　　　Plaintiff, <br><br> v. <br><br> The National Labor Relations Board, et al., <br><br>　　　　　Defendants. | Case No.: 25-2896 (TJK) |

**PROPOSED ORDER GRANTING CALIFORNIA RESTAURANT AND RETAIL WORKERS UNION LEAVE TO INTERVENE**

Having considered the motion by the California Restaurant and Retail Workers Union ("CRRWU") for leave to intervene, subsequent submissions related to the motion, and the applicable law, the Court hereby grants the motion and accords CRRWU party status in this suit.

DATED: _____

_____
Timothy J. Kelly
United States District Judge