UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANNAM CHAIN USA, INC.<br><br>    Plaintiff,<br><br> v.<br><br>NATIONAL LABOR RELATIONS BOARD, *et al.*,<br><br>    Defendants. | Case No. 25-cv-02896-TJK |

**DEFENDANTS' MOTION FOR STAY
DUE TO UNITED STATES GOVERNMENT SHUTDOWN**

  Defendants National Labor Relations Board, et. al (collectively "NLRB") by and through undersigned counsel, respectfully moves for a stay of further proceedings in the above-captioned case. The Court has scheduled a hearing on Plaintiff Hannam Chain's motion for preliminary injunctive relief on October 9, 2025. However, due to the lapse in appropriations as of October 1, 2025, attorneys for the NLRB are on an indefinite furlough. Accordingly, the NLRB seeks a stay of the hearing until Congress restores appropriations to the NLRB. In support, the NLRB shows as follows:

  1. On September 29, 2025, the NLRB filed its opposition, ECF 19, to Hannam Chain's motion for preliminary injunction, ECF 11. The Court issued a Minute Order directing Hannam to file a reply by October 6, 2025 and scheduled a hearing on the motion for October 9, 2025 at 10am.

  2. The NLRB requests a stay of time because the attorneys responsible for the case, along with essentially all the NLRB's attorneys and other employees, are on indefinite furlough since

October 1, 2025 as part of the shutdown of the federal government due to a lack of appropriated funds. Those attorneys are prohibited from working until they are recalled from furlough. *See* 31 U.S.C. § 1342.

    3. The NLRB requests a stay of the hearing and any and all other briefing schedules and proceedings until Congress has restored appropriations to the Board.

    4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the NLRB. At that point, the NLRB will file an appropriate motion for rescheduling the hearing on this Motion.

    5. The NLRB has asked for Plaintiff and Intervenor's position on this Motion. Intervenor is not opposed. Plaintiff has not provided its position by the time of filing.

    WHEREFORE, the Board moves for a stay of briefing in this case until Board attorneys are permitted to resume work.

    Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD
*Contempt, Compliance, & Special Litigation Branch*

Kevin P. Flanagan
*Deputy Assistant General Counsel*
(No official bar number in Maryland)

*/s Paddy Lehane*
Paddy Lehane
*Trial Attorney*
1015 Half Street S.E., Fourth Floor
Washington, D.C. 20570
Tel: (202) 273-4400
Paddy.Lehane@nlrb.gov
Pennsylvania Bar No. 321251

Dated: October 1, 2025

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2025, I filed the foregoing document with this Court using the CM/ECF filing system, and a copy is being served on the ECF Filers electronically by the Notice of Docket activity.

/s/ Padraic J. Lehane
*Attorney*
National Labor Relations Board
Tel: (202) 273-4400
pjlehane@nlrb.gov