# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HANNAM CHAIN USA, INC., <br> 2835 West Olympic Boulevard, 2nd Floor <br> Los Angeles, CA 90006 <br><br> Plaintiff, <br><br> vs. <br><br> THE NATIONAL LABOR RELATIONS BOARD, a federal administrative agency <br> 1015 Half Street, SE <br> Washington, DC 20570-0001 <br><br> Defendant, <br><br> WILLIAM COWEN, in his official capacity as the General Counsel of the National Labor Relations Board, <br> 1015 Half Street, SE <br> Washington, DC 20570-0001 <br><br> Defendant, <br><br> MARVIN E. KAPLAN, in his official capacity as Chairman of the National Labor Relations Board, <br> 1015 Half Street, SE <br> Washington, DC 20570-0001 <br><br> Defendant, <br><br> DAVID M. PROUTY, in his official capacity as Board Member of the National Labor Relations Board <br> 1015 Half Street, SE <br> Washington, DC 20570-0001 <br><br> Defendant, <br> and <br><br> JOHN DOE, in their official capacity as an Administrative Law Judge of the National Labor Relations Board <br> 1015 Half Street, SE <br> Washington, DC 20570-0001 <br><br> Defendants. | Civil Action No. 25-2896 |

## PLAINTIFF'S OPPOSITION MOTION FOR STAY
## DUE TO UNITED STATES GOVERNMENT SHUTDOWN

Plaintiff, Hannam Chain USA, Inc. ("Hannam Chain") finds that it must oppose the motion of the Defendants National Labor Relations Board, et. al (collectively "NLRB") by and through undersigned counsel, respectfully moves for a stay of further proceedings in the above-captioned case. The reason for the opposition is as follows:

1. On October 1, 2025 at 11:05 am Eastern/8:05 am Pacific, counsel for Defendants sent an email requesting our position with respect to this request;

2. At 11:53 am Eastern/8:53 am Pacific, counsel for Defendants filed the instant request.

3. Defendant's occurred filing, less than an hour after Defendants made their request and before Plaintiff had seen the request let alone have had an opportunity to consider and respond to the request

4. Before Plaintiff had seen this filing, at 1:05 pm Eastern/10:05 am Pacific, Plaintiff offer to accommodate the request if Defendants agreed to a similar continuance of the trial in the underlying NLRB trial that is the subject matter of the motion. That trial is schedule to begin on Ocotber 28, 2025. Without a continuance of the underlying trial, Plaintiff will be denied the relief it seeks. Under the circumstances, a brief continuance of that trial would appear to be a reasonable accommodation. No response has been received.

5. Plaintiff believes that under the NLRB's shutdown plan, the NLRB is able to continue to deal with continuing District Court litigation without interruption. See, *Contingency Plan for Shutdown in the Absence of Appropriations, Updated: September 29, 2025*. That plan lists among, "Brief summary of significant agency activities that will continue during a lapse:" "**Necessary court actions** - To protect federal legal actions already taken or established (the Acting Deputy General

2

Counsel, the Solicitor, the Executive Secretary, the Chief Information Officer, and the Chief Financial Officer)" Id. at pp. 2-3. Under those circumstances, there does not appear to be the exigency that the Defendants claim.

Therefore, Hannam Chain request the Court deny this request, or in the alternative issue a temporary stay of *both* the hearing on the Preliminary Injunction *and* the underlying NLRB trial until such time after the funds of the NLRB are appropriated. Hannam Chain will be severely prejudiced if its motion cannot be heard in a timely manner and the NLRB's shut down plan contemplates that its attorneys can continue to litigate cases such as this. However, Plaintiff would not be opposed to a brief continuance of the hearing (and the briefing schedule), if the underlying trial before the NLRB ALJ is similarly continued to prevent such a continuance from frustrating the ability of Plaintiff to get the interim relief it seeks.

Date: October 1, 2025

Respectfully submitted,

/s/Scott J. Witlin
Scott J. Witlin (California Bar #137413)
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904
Email: scott.witlin@btlaw.com
Phone: 310.284.3777
Facsimile: 310.284.3894

/s/ Roscoe C. Howard Jr.
Roscoe C. Howard, Jr. (D.C. Bar 246470)
Barnes & Thornburg LLP
555 12th Street, N.W., Suite 1200
Washington, D.C. 20004
Email: roscoe.howard@btlaw.com
Phone: 202.371.6378
Facsimile: 202.289.1330

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court upon all registered parties of record by filing in the Court's electronic case filing (ECF) system or by United States Postal Service First Class or Certified mail as required to all parties, on this 1st day of October, 2025.

/s/Scott J. Witlin
Scott J. Witlin (California Bar #137413)
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904
Email: scott.witlin@btlaw.com
Phone: 310.284.3777
Facsimile: 310.284.3894

/s/ Roscoe C. Howard Jr.
Roscoe C. Howard, Jr. (D.C. Bar 246470)
Barnes & Thornburg LLP
555 12th Street, N.W., Suite 1200
Washington, D.C. 20004
Email: roscoe.howard@btlaw.com
Phone: 202.371.6378
Facsimile: 202.289.1330

49178001.1